**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| SHERYL WULTZ, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 08-cv-1460 (RCL) |
| | ) | |
| ISLAMIC REPUBLIC OF IRAN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER AND JUDGMENT**

In accordance with the Memorandum Opinion issued this date, it is hereby

ORDERED that final judgment is entered in favor of plaintiffs the Estate of Daniel Wultz, Sheryl Wultz, Yekutiel "Tuly" Wultz, Amanda Wultz, and against all remaining defendants; it is furthermore

ORDERED that plaintiffs are awarded $32,068,634 in compensatory damages and $300,000,000 in punitive damages, for a total award of $332,068,634 to be distributed as follows:

| Plaintiff Name | Pain and Suffering | Economic Loss | Solatium | Punitive | Totals |
|---|---|---|---|---|---|
| Estate of Daniel Wultz | $8,000,000 | $2,568,634 | $0 | $98,868,889 | $109,437,523 |
| Yekutiel "Tuly" Wultz | $5,000,000 | $0 | $7,000,000 | $112,259,225 | $124,259,225 |
| Sheryl Wultz | $0 | $0 | $6,000,000 | $56,129,612 | $62,129,612 |
| Amanda Wultz | $0 | $0 | $3,500,000 | $32,742,274 | $36,242,274 |

ORDERED that defendants shall be liable, jointly and severally, for the entire $332,068,634 amount; it is furthermore

ORDERED that the claims of Abraham Leonard Wultz are DISMISSED WITH PREJUDICE; it is furthermore

ORDERED that plaintiffs request for prejudgment interest is DENIED; it is furthermore

ORDERED that plaintiffs shall forthwith, at their own cost and consistent with the requirements of 28 U.S.C. § 1608(e), send a copy of this Order and Judgment, and the Memorandum Opinion issued this date, to defendants.

This is a final, appealable order.  *See* Fed. R. App. P. (4)(a).

SO ORDERED.

Signed by Royce C. Lamberth, Chief Judge, on May 14, 2012.